August 27, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

ADRIAN SIFUENTES, Appellant

NO. 14-12-00471-CR                  V.

THE STATE OF TEXAS, Appellee

_____

      This cause was heard on the record of court below demonstrating appellant no longer desires to pursue his appeal. Having considered the record the Court orders the appeal **DISMISSED**.

      We further order appellant pay all costs expended in the appeal.

      We further order the mandate be issued immediately.

      We further order this decision certified below for observance.